**No. 58618.**—Schering Corporation *v.* United States, protest 225621–K (New York).

Opinion by WILSON, J.  The official papers disclosing that the protest was filed prior to the date of liquidation, the protest was dismissed as premature. (Section 514, Tariff Act of 1930.)

**No. 58619.**—Alpha Photo Corp. *v.* United States, protest 227629–K (New York).

Opinion by WILSON, J.  When this case was called for trial, there was no appearance on behalf of the plaintiff, and the protest was ordered dismissed for lack of prosecution.  Subsequently, upon Government's application, the matter was continued for 1 month to permit the plaintiff to move to vacate the order of dismissal and to hear the case on the merits.  No motion for the restoration of the protest to the calendar having been made by the plaintiff within the period allowed, the order for dismissal was ordered to stand.

BEFORE THE SECOND DIVISION, DECEMBER 21, 1954

**No. 58620.**—Pacific Customs Brokerage Co. *v.* United States, protests 163794–K, etc. (Detroit).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.

**No. 58621.**—Simon Manges & Son, Inc. *v.* United States, protest 139688–K (New York).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise is similar in all material respects to the linoleum the subject of *United States* v. *Pacific Overseas Co., W. J. Byrnes & Co.* (42 C. C. P. A. 1, C. A. D. 559), the claim of the plaintiff was sustained.